UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a/ SENTRY SELECT INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>UNIVERSAL UNDERWRITERS GROUP, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, et al.,<br><br>  Defendants. | 1:06-cv-00381-AWI-SMS<br><br><br><br>**ORDER REASSIGNING ACTION** |
| JOHN DEERE INSURANCE COMPANY n/k/a/ SENTRY SELECT INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>SANDERS OLDSMOBILE-CADILLAC, INC., et al.,<br><br>  Defendants. | **Old Case No:**<br>1:07-cv-00010-AWI-**DLB**<br><br>**New Case No:**<br>1:07-cv-00010-AWI-**SMS**<br><br>**Old** Scheduling Conference:<br>3/11/07, 8:45am, Ctrm. 9/**DLB**<br><br>**New** Scheduling Conference:<br>3/11/07, 9:00am, Ctrm. 7/**SMS** |

   On the basis of good cause, and pursuant to the Notice(s) of Related Action, filed February 6, 2007 (Docs. 20 & 15 respectively),

1

IT IS HEREBY ORDERED:

1. That Case No. 1:06-cv-00381-AWI-SMS be the lead case.

2. That Case No. 1:07-cv-00010-AWI-DLB be reassigned from the docket of Magistrate Judge Dennis L. Beck (DLB) to the docket of Magistrate Judge Sandra M. Snyder (SMS), and that all future pleadings and/or correspondence be correctly numbered as follows:

**1:07-cv-00010-AWI-SMS**

The parties are herein advised that future use of an incorrect case number, including the magistrate judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer or staff.

3. That the Mandatory Scheduling Conference in the 2007 case be held on March 22, 2007 at 9:00 a.m. in Courtroom No. 7 on the Sixth Floor before Magistrate Judge Sandra M. Snyder (SMS), as reflected in the caption above. <u>Note</u>: Out-of-town counsel may, and are encouraged to, appear by telephone.

IT IS SO ORDERED.

**Dated:   February 16, 2007**            **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE

2