IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEERE INSURANCE, COMPANY,<br><br>Plaintiff,<br><br>vs.<br>SANDERS OLDSMOBILE-<br>CADILLAC, INC., et al.,<br><br>Defendants.<br>_____ / | CASE NO. CV F 07-0010 LJO SMS<br><br>**ORDER for FURTHER SCHEDULING CONFERENCE and FILING**<br><br>Scheduling Conference<br>Date: May 29, 2007<br>Time: 9:00am<br>Courtroom: 4 (LJO) |

The Court held a Joint Scheduling Conference in the above-captioned matter on March 27, 2007 at 8:30 a.m. in Courtroom 4 of the United States District Court, Eastern District – Fresno Division, the Honorable Lawrence J. O'Neill presiding. Appearing in chambers was William M. Krieg, Esq., counsel for JAIME DOMINGUEZ, ODILIA M. DOMINGUEZ, ELI PAZ and SANDRA L. YANEZ, individually and as the class representatives in the underlying *Dominguez* Action. Appearing by phone was Linda Wendell Hsu, Esq., counsel for plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY; Michael Smith, Esp., counsel for SANDERS OLDSMOBILE-CADILLAC, INC., SMITH CHEVROLET COMPANY, INC. And LAWRENCE T. SMITH; and Sonia Martin, Esq., counsel for Universal Underwriters in the related action captioned John

Deere Ins. Co. n/k/a *Sentry Select Ins. Co. v. Universal Underwriters Group, et al*, case no 1:06-CV-0381-LJO-SMS.

After conferring with counsel, **the Court ORDERS**:

I. In light of the California Court of Appeal decision reversing the underlying *Dominguez* action, Mr. Krieg advised that his clients, the *Dominguez* class representatives, are currently known and subject to Mr. Krieg prevailing on a party substitution motion in the underlying action. Such motion work has not yet occurred. This issue will be revisited at the May 29, 2007 Further Scheduling Conference.

II. The following parties will file responsive pleadings to this matter by no later than April 13, 2007: SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, and JASON SANDERS; SMITH CHEVROLET COMPANY, INC., AND LAWRENCE T. SMITH.

III. A further scheduling conference has been set for May 29, 2007 at 9:00am in Courtroom 4 before the Honorable Lawrence J. O'Neill. A further Scheduling Report is due on May 22, 2007. Counsel may appear by telephone by arranging a one-line conference call and calling the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:    April 5, 2007**                              **/s/ Lawrence J. O'Neill**
b9ed48                                                              UNITED STATES DISTRICT JUDGE