# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SANDERS OLDSMOBILE-CADILLAC, INC., et al.,<br><br>　　　　　　Defendants. | 1:07cv0010 LJO SMS<br><br>ORDER REQUIRING ALL PARTIES TO SUBMIT FURTHER BRIEFING RELATING TO DEFENDANTS' MOTION TO STAY THE PROCEEDINGS |

　　Defendants filed the pending motion to stay these proceedings on April 13, 2007. The matter was heard before the Honorable Sandra M. Snyder, United States Magistrate Judge, on June 8, 2007.

　　Upon consideration of the parties' briefings and arguments at oral hearing, the Court finds it necessary for ALL parties to submit further briefing addressing the issues that would be presented to this Court, and related discovery, in the event the four causes of action pertaining to the <u>Allen</u> action go forward in this Court. Specifically, the parties should address at least the following: (1) the issues that would be litigated in this Court; (2) necessary discovery; (3) potential witnesses; and (4) the types of expert witnesses necessary, if any.

1  The parties are therefore ORDERED to submit further briefing addressing the above
2  issues within fifteen (15) days of the date of service of this order.
3
4  IT IS SO ORDERED.
5  **Dated:**     **June 14, 2007**                              **/s/ Sandra M. Snyder**
                                                           UNITED STATES MAGISTRATE JUDGE