LINDA WENDELL HSU   (SBN 162971)
JAMES R. TENERO    (SBN 201023)
BENJAMIN R. LARSON  (SBN 235325)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS; SMITH CHEVROLET COMPANY, INC., LAWRENCE T. SMITH; JAIME DOMINGUEZ, ODILIA M. DOMINGUEZ, ELI PAZ and SANDRA L. YANEZ, individually and as the *Dominguez* class representatives; and Does 1 through 50,,<br><br>　　　　Defendants. | CASE NO.  1:07-CV-00010-LJO-SMS<br><br>**STIPULATION AND REQUEST FOR AN ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　WHEREAS a Second Amended Complaint has been filed in the underlying *Dominguez v. Sanders* state court action naming additional parties as class representatives; and

　　　WHEREAS plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY seeks to bind those additional parties to the determination of this Court,

1

IT IS HEREBY STIPULATED by and between plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY and defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH, by and through their respective counsel of record, that plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY may file a Second Amended Complaint, attached hereto as Exhibit 1.

IT IS FURTHER STIPULATED THAT defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH waive notice and service of the Second Amended Complaint.

IT IS FURTHER STIPULATED THAT defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH shall have twenty (20) days from the entry of the Order granting leave to file the Second Amended Complaint to file a response to the Second Amended Complaint.

IT IS SO STIPULATED.

DATED: March 20, 2009      SELMAN BREITMAN LLP

By:   /s/ Benjamin R. Larson
LINDA WENDELL HSU
JAMES R. TENERO
BENJAMIN R. LARSON
Attorneys for Plaintiff
JOHN DEERE INSURANCE COMPANY
N/K/A SENTRY SELECT INSURANCE COMPANY

164442.1 138.23123
PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 19, 2009 | LAW OFFICES OF MICHAEL J. F. SMITH |
| | By: /s/ Michael J. F. Smith |
| | MICHAEL J. F. SMITH |
| | Attorneys for Defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH |

### ORDER

The Stipulation and Request for an Order for Leave to File a Second Amended Complaint having been read and considered, and good cause appearing therefor,

Plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY is granted leave to file the Proposed Second Amended Complaint.

**The Second Amended Complaint, shall be filed by Plaintiff's within five (5) court days from service of this Order.**

Defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH shall file a response to the Second Amended Complaint within twenty (20) days of the entry date of this Order.

IT IS SO ORDERED:

Dated: 3/25/2009          /s/ Sandra M. Snyder

          SANDRA M. SNYDER

          Magistrate Judge of the United

3

**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
**1:07-CV-00010-LJO-SMS**

States District Court of the

Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com