LINDA WENDELL HSU (SBN 162971)
JAMES R. TENERO (SBN 201023)
BENJAMIN R. LARSON (SBN 235325)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Plaintiff
JOHN DEERE INSURANCE COMPANY
n/k/a SENTRY SELECT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA–FRESNO DIVISION

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS; SMITH CHEVROLET COMPANY, INC., LAWRENCE T. SMITH; ROXANNE CORDOVA, AARON ENRIQUE, YOLANDA MUNOZ, KATHLEEN O. ESPINOZA, ETHAN RIX and HELEN MOORE individually and as the Dominguez class representatives; and DOES 1 through 50,<br><br>Defendants. | CASE NO. 1:07-CV-00010-LJO-SMS<br><br>**STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF JASON SANDERS; ORDER** |

WHEREAS Plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY and Defendant JASON SANDERS have disputed whether Defendant JASON SANDERS should be a party to this lawsuit; and

WHEREAS Defendant JASON SANDERS has represented that he was never a shareholder of Defendant SANDERS OLDSMOBILE-CADILLAC, INC. and did not tender the defense of the underlying *Dominguez* Action to Plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY,

IT IS HEREBY STIPULATED by and between Plaintiff JOHN DEERE INSURANCE

| | |
|---|---|
| 1 | COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY and Defendants SANDERS |
| 2 | OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, |
| 3 | SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH, by and through their |
| 4 | respective counsel of record, that Defendant JASON SANDERS is dismissed from this action, |
| 5 | without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(2). |
| 6 | IT IS SO STIPULATED. |

DATED: April 23, 2009    SELMAN BREITMAN LLP

By: /s/
LINDA WENDELL HSU
JAMES R. TENERO
BENJAMIN R. LARSON
Attorneys for Plaintiff JOHN DEERE INSURANCE COMPANY n/k/a SENTRY SELECT INSURANCE COMPANY

DATED: April 23, 2009    LAW OFFICES OF MICHAEL J.F. SMITH

By: /s/
MICHAEL J.F. SMITH
Attorney for Defendants SANDERS OLDSMOBILE-CADILLAC, INC., CLAUDE KENNETH SANDERS, JASON SANDERS, SMITH CHEVROLET COMPANY, INC. and LAWRENCE T. SMITH

**ORDER**

The Stipulation of Dismissal, Without Prejudice, of Jason Sanders having been read and considered, and good cause appearing therefor,

Defendant Jason Sanders is hereby dismissed, without prejudice, from this action.

IT IS SO ORDERED.

Dated: _April 23, 2009    /s/ Lawrence J. O'Neill
Honorable LAWRENCE J. O'NEILL
United States District Judge

168775.1 138.23123