# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEERE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>SANDERS OLDSMOBILE-CADILLAC, INC, et al.,<br><br>　　　　　　　Defendants.　　　　　／ | CASE NO. CV F 07-0010 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 112.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　　April 13, 2010　　　　　　　／s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1